

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for LVGV, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| John Lee Brooks, an individual,<br><br>Plaintiff<br><br>vs.<br><br>LVGV, LLC, a Domestic Limited-Liability Company, dba M Resort Spa Casino,<br><br>Defendant | Case No.: 2:25-cv-02045-CDS-MDC<br><br>**Stipulation of Dismissal with Prejudice** |

COME NOW, the undersigned parties of record stipulate to dismiss Plaintiff's entire complaint, and all pending causes of action with prejudice; each party to bear their own fees and costs.

DATED this 13th day of January, 2026.

**THE702FIRM**

*/s/ Joel Hengstler*
Joel Hengstler, Esq.
Nevada Bar No. 11597
Attorneys for Plaintiff Brooks

Respectfully Submitted By:



*/s/ Michael Lowry*
MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
Attorneys for LVGV, LLC

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
United States District Judge
Dated: January 13, 2026

326608578v.1